CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFERY T. WASHINGTON,<br>Plaintiff, ) | Civil Action No. 7:06cv00249 |
| v. ) | **MEMORANDUM OPINION**<br>**& ORDER** |
| COFFEEWOOD CORRECTIONAL<br>CENTER, et al.,<br>Defendants. ) | By: **Samuel G. Wilson**<br>**United States District Judge** |

Jeffrey T. Washinton has filed a "Motion for a Refraining Order" requesting that the court order an institutional employee, Bill Woodword, to stop "show[ing] favoritism" to other inmates.[1] In support of his motion, Washington alleges that Woodword will allow other inmates into the institutional law library without question; however, he will only allow Washington to enter the law library when his name is on the "list." He also claims that Woodword has threatened to put him in "confinement" without cause.

A district court should award injunctive relief sparingly and only when the party seeking relief has demonstrated, among other things, a likelihood of success on the merits of his underlying claims. Rum Creek Coal Sales, Inc. v. Caperton, 926 F.2d 353, 360 (4th Cir. 1991); Manning v. Hunt, 119 F.3d 254, 263 (4th Cir. 1997); Direx Israel, Ltd. v. Breakthrough Medical Group, 952 F.2d 802, 812 (4th Cir. 1991)(citation omitted). By Memorandum Opinion and Order entered May 2, 2006, Washington's complaint was dismissed pursuant to 28 U.S.C. § 1915A(b)(1). Therefore, this court cannot find that injunctive relief is appropriate and dismisses the instant motion.

---

[1]The court notes that Woodword is not a named defendant in the instant action.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion & Order to plaintiff.

ENTER: This 15th of August, 2006.

_____
United States District Judge